**JUN RU YANG, Petitioner**

v.

**ATTORNEY GENERAL UNITED STATES of America, Respondent.**

**No. 07–1180.**

United States Court of Appeals, Third Circuit.

Submitted under Third Circuit LAR 34.1(a) on April 11, 2008.

Opinion filed: March 27, 2009.

Henry Zhang, Esq., Zhang & Associates, New York, NY, for Petitioner.

Richard M. Evans, Esq., Christina B. Parascandola, Esq., Joan E. Smiley, Esq., United States Department of Justice, Office of Immigration Litigation, Washington, DC, for Respondent.

Before: SMITH, HARDIMAN and ROTH, Circuit Judges.

OPINION

ROTH, Circuit Judge:

Jun Ru Yang, a native and citizen of the People's Republic of China, petitions for review of a final order by the Board of Immigration Appeals dismissing his appeal and affirming the denial of his application for asylum, withholding of removal, and relief under the Convention Against Torture. In order to demonstrate that he was a refugee for purposes of asylum, Yang claimed that he was persecuted pursuant to China's family planning laws when his wife was forced to abort an unauthorized pregnancy. The Immigration Judge found that Yang was not credible and denied the application on that ground. We see no basis for disturbing this finding. In any event, even assuming *arguendo* that Yang is credible, his spouse's alleged abortion

does not render him eligible for asylum. *Lin–Zheng v. Attorney Gen.*, 557 F.3d 147, 148 (3d Cir.2009). We have considered all of Yang's claims and find them to be without merit. Accordingly, we will deny the petition.